IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02007-LTB

DEAN CARBAJAL,

    Plaintiff,

v.

DAN HOTSENPILLER, District Attorney of the Seventh Judicial District, in his individual
    and official capacity,
SEITH RYAN, Deputy District Attorney of the Seventh Judicial District, in his individual
    and official capacity,
WYATT ANGELO, Former District Attorney of the Seventh Judicial District, in his
    individual capacity,
MYRL SERRA, Former Deputy District Attorney and Former District Attorney of the
    Seventh Judicial District, in his individual capacity,
SEVENTH JUDICIAL DISTRICT, a Political Subdivision of the State of Colorado,
JEFF HERRON, a Private Co-conspirator, in his individual capacity,
CLINT THOMASON, an Agent for the Colorado Bureau of Investigation, in his individual
    and official capacity,
ROGER CROSS, Police Officer for the Montrose Police Department, in his individual
    capacity,
OFFICER BROWN, Police Officer for the Montrose Police Department, in his individual
    capacity,
CITY OF MONTROSE, a Municipality of the State of Colorado,
PATRICK SAYAS, Assistant Attorney General for the State of Colorado, in his individual
    and official capacity,
TERRY RUCKRIEGLE, District Court Judge for the Seventh Judicial District, in his
    individual and official capacity,
BOARD OF COUNTY COMMISSIONERS OF MONTROSE COUNTY, a Political
    Subdivision of the State of Colorado, and
MONTROSE COUNTY, a County of the State of Colorado,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on September 5, 2012, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 5 day of September, 2012.

        FOR THE COURT,

        GREGORY C. LANGHAM, Clerk


        By: s/L. Gianelli
           Deputy Clerk