**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02007-LTB

DEAN CARBAJAL,
 Plaintiff,

v.

DAN HOTSENPILLER, District Attorney of the Seventh Judicial District, in his individual
 and official capacity,
SEITH RYAN, Deputy District Attorney of the Seventh Judicial District, in his individual
 and official capacity,
WYATT ANGELO, Former District Attorney of the Seventh Judicial District, in his
 individual capacity,
MYRL SERRA, Former Deputy District Attorney and Former District Attorney of the
 Seventh Judicial District, in his individual capacity,
SEVENTH JUDICIAL DISTRICT, a Political Subdivision of the State of Colorado,
JEFF HERRON, a Private Co-conspirator, in his individual capacity,
CLINT THOMASON, an Agent for the Colorado Bureau of Investigation, in his individual
 and official capacity,
ROGER CROSS, Police Officer for the Montrose Police Department, in his individual
 capacity,
OFFICER BROWN, Police Officer for the Montrose Police Department, in his individual
 capacity,
CITY OF MONTROSE, a Municipality of the State of Colorado,
PATRICK SAYAS, Assistant Attorney General for the State of Colorado, in his individual
 and official capacity,
TERRY RUCKRIEGLE, District Court Judge for the Seventh Judicial District, in his
 individual and official capacity,
BOARD OF COUNTY COMMISSIONERS OF MONTROSE COUNTY, a Political
 Subdivision of the State of Colorado, and
MONTROSE COUNTY, a County of the State of Colorado,
 Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

 Plaintiff's Motion to Compel the Clerk of Court to Stamp Summons and for Leave to Proceed with Service by US Marshals (ECF No. 17) filed on September 19, 2007, is DENIED as moot because this action was dismissed by order filed on September 5, 2012.

Dated: September 20, 2012